**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

OUTSTATE MICHIGAN TROWEL TRADES
PENSION FUND, et al.,

                Plaintiffs,

                                            Case No. 2:08-cv-14890
v.                                          Hon. John Feikens

NILES GROUP, LTD. d/b/a VALLEY
PAINTING, INC.,

                Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have before me, Magistrate Judge Mark A. Randon's Report and Recommendation ("Report") (Docket #35). In his Report, Magistrate Judge Randon recommends that I deny Plaintiffs' Motion for Summary Judgment on Liability. Plaintiffs filed an Objection to the Report. Having considered the arguments set forth by the parties, I find that Magistrate Judge Randon has thoroughly and correctly analyzed the issues and I agree with his recommendation. Therefore, I OVERRULE Plaintiffs' Objections, ADOPT Magistrate Judge Randon's Report and Recommendation, and DENY Plaintiffs' Motion for Summary Judgment on Liability.

**IT IS SO ORDERED.**

Date: May 25, 2010         s/ John Feikens
                                                John Feikens
                                                United States District Judge

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on May 25, 2010, by U.S. first class mail or electronic means.

                             s/Carol Cohron
                             Case Manager